■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOVANI VINCENT, Appellant. [707 NYS2d 905] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Dowling, J.), rendered February 9, 1998, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that the evidence was legally insufficient to sustain his conviction is unpreserved for appellate review (*see,* CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see, People v Figueroa,* 143 AD2d 767). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

Contrary to the defendant's contention, the trial court did not err by denying his request for a missing witness charge, since he failed to establish that "the witness * * * would naturally have been expected to testify favorably to the prosecution" (*People v Thomas,* 260 AD2d 511).

The defendant's remaining contention is without merit. Sullivan, J. P., Florio, Luciano and Feuerstein, JJ., concur.